IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-02285-WYD

UNITED STATES OF AMERICA

    Plaintiff,

v.

5380 FEDERAL BOULEVARD, DENVER, COLORADO

    Defendant.

## ORDER

THIS MATTER is before the Court on the United States' Unopposed Motion to Dismiss Forfeiture Action, filed July 11, 2008 (docket # 15). Having reviewed the motion and being fully advised in the premises;

FINDS THAT the United States has commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT the United States has no further claim against Defendant 5380 Federal Boulevard; and

THAT based upon the facts and verification set forth in the Verified Complaint; it appears that there was reasonable cause for the seizure of the Defendant 5380 Federal Boulevard and the filing of the Verified Complaint for Forfeiture. It is

ORDERED that United States' Unopposed Motion to Dismiss Forfeiture Action, filed July 11, 2008 (docket # 15) is **GRANTED**. It is

FURTHER ORDERED that this forfeiture action is **DISMISSED** and a Certificate of

Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

Dated: July 16, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge